# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROSE MEACHAM, | )<br>)<br>) |
| *Plaintiff,* | )<br>) No. 22 C 4197 |
| v. | )<br>) Judge Virginia M. Kendall |
| UNIVERSITY OF ILLINOIS et al., | )<br>)<br>) |
| *Defendants.* | )<br>) |

## ORDER

    Plaintiff Rose Meacham moves for attorney representation in her case. (Dkt. 18). This Court dismissed her complaint without prejudice for lack of subject-matter jurisdiction on October 17, 2022 and dismissed as moot her initial motion for attorney representation. (Dkt. 6). Plaintiff appealed this Court's Order on November 15, 2022. (Dkt. 8). The U.S. Court of Appeals for the Seventh Circuit received the record in her case and docketed the appeal as USCA Case No. 22-3061. (Dkt. 11). On December 28, 2022, the Seventh Circuit dismissed her appeal pursuant to Circuit Rule 3(c), which requires the appellant (here, Plaintiff) to "serve on all parties a docketing statement and file it with the clerk of the district court at the time of the filing of the notice of appeal or with the clerk of [the appellate] court within seven days of filing the notice of appeal." (*See* dkt. 15 (citing Circuit Rule 3(c)(1))). On January 3, 2023, Plaintiff filed a statement blaming this Court for her appeal's dismissal, saying that she filed the requisite docketing statement. (Dkt. 17). However, this Court has no record of her filing the Seventh Circuit's docketing statement pursuant to Circuit Rule 3(c). This Court further has no jurisdiction over the procedural requirements of the U.S. Court of Appeals for the Seventh Circuit.

    This Court cannot at this time appoint an attorney to represent Plaintiff in her case, because her case was dismissed. Plaintiff's renewed motion for attorney representation is therefore denied as moot. [18] But the Court again emphasizes that her original complaint was dismissed without prejudice. (*See* dkt. 6). Plaintiff may file an amended complaint—an avenue to continue pursuing her case that was always open to her—if she believes that she can cure the lack of subject-matter jurisdiction for which the original complaint was dismissed and if she can state a claim upon which relief can be granted. Concurrently with filing an amended complaint, she may also renew her motion for attorney representation. Plaintiff must file the amended complaint and renew her motion for attorney representation within 30 days of entry of this order. The dismissal of this action will automatically convert to dismissal with prejudice if she has not filed an amended complaint within that time.

Date: January 23, 2023

                                                    Virginia M. Kendall
                                                    United States District Judge