# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROSE MEACHAM, | ) |
| *Plaintiff,* | ) No. 22 C 4961 |
| v. | ) Judge Virginia M. Kendall |
| UNIVERSITY OF ILLINOIS, et al, | ) |
| *Defendants.* | ) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):
☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s)
and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Complaint is dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 3/2/2023            Thomas G. Bruton, Clerk of Court

/s/Lynn Kandziora , Deputy Clerk